UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA SMITH, by and through
her guardian, DOREEN SMITH,

      Plaintiff,                        No. 17-13571

v.                                    District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

WASHTENAW INTERMEDIATE
SCHOOL DISTRICT, ET AL.,

      Defendants.
_____/

**ORDER**

Before the Court is Defendants' Motion to Compel Against the Michigan Department of Human Services [Doc. #56]. Specifically, Defendants seek compliance with a subpoena, dated October 24, 2018, directing the Michigan Department of Health and Human Services ("MDHHS") to produce records related to respite care provided for Rosa Smith, Doreen Smith, or Chris Smith. Appended to the motion as Exhibit 2 is an email from Melissa Barrett, of the MDHHS Bureau of Legal Affairs, stating, "Even though the mother signed an authorization, we cannot release these records to you because you do not represent somebody who can receive them under the Child Protection Law, MCL 722.627. In order for us to release these records to you, we would need a court order signed by a judge."

The subpoenaed records are clearly relevant to the claims and/or defenses in this case. Therefore,

IT IS ORDERED that Defendants' Motion to Compel [Doc. #56] is GRANTED.

IT IS FURTHER ORDERED that the Michigan Department of Health and Human Services will produce to Defendants' counsel the records requested in the October 24, 2018 subpoena no later than 14 days from the date of this Order.

                                                    s/ R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 26, 2019, electronically and/or by U.S. mail.

                                                      s/Carolyn M. Ciesla
                                                    Case Manager to the
                                                    Honorable R. Steven Whalen